**Linda S. STRAMEL, Respondent,**

v.

**Stanley J. STRAMEL, Appellant.**

**WD 77561**

Missouri Court of Appeals,
Western District.

FILED: April 21, 2015

Linda S. Stramel, Liberty, MO, Respondent pro se.

Larry V. Swall, II, Liberty, MO, for appellant.

Before Division Four: Alok Ahuja, C.J., Joseph M. Ellis, J., and Marco A. Roldan, Sp. J.

### ORDER

PER CURIAM:

Stanley J. Stramel ("Husband") appeals from a judgment dissolving his marriage to Linda S. Stramel ("Wife"). Husband argues that the property division contained in the judgment failed to address a marital debt; that the judgment erroneously ordered a cash equalization payment as part of the property division; and that the judgment failed to comply with the provisions of § 452.335, RSMo when ordering Husband to pay maintenance to Wife. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).